UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRB MANAGEMENT, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants | Case: 2:14-CV-01283-MCE-CKD<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

Joint Stipulation for Dismissal　　　　Case: 2:14-CV-01283-MCE-CKD